USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ADAM TORO,

                        Defendant.

17 Cr. 674 (AT)
19 Cr. 299 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for December 5, 2019, at 1:00 p.m. is hereby RESCHEDULED to **December 5, 2019**, at **2:30 p.m.**

    SO ORDERED.

Dated: November 19, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge